THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE B.A.C. LOCAL NO. 1 WASHINGTON PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CROSBY RESTORATION INC., GHB CONSTRUCTION SERVICES OF WASHINGTON, and MAIN STREET MASONRY RESTORATION,<br><br>Defendants. | NO. 2:17-cv-00551-RAJ<br><br>ORDER OF DEFAULT JUDGMENT TO BE ENTERED AGAINST DEFENDANT MAIN STREET MASONRY RESTORATION<br>[PROPOSED] |

Main Street Masonry Restoration ("Main Street"), having been served with Summons and Complaint via the Washington Secretary of State; Main Street has failed to plead or otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of Main Street having been duly entered according to law, upon the application of Board of Trustees of the B.A.C. Local No. 1 Washington Pension Trust ("Trust"), Judgment is hereby entered against Main Street pursuant to the prayer of the Trust's First Amended Complaint.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff Board of Trustees of the B.A.C. Local No. 1 Washington Pension Trust have a Judgment for $17,231.25 against Main Street which is the remaining withdrawal liability owed by Crosby Restoration, Inc. to the Trust.

Post-judgment interest shall accrue at the highest allowable interest rate per annum from date of entry of Default Judgment, until paid.

DATED this 30th day of May, 2018.

_____
The Honorable Richard A. Jones
United States District Judge